WILL OF AKIN: FIRST WISCONSIN TRUST COMPANY, Executor, and others, Respondents, vs. THE STATE, Appellant.

*November 12, 1936—January 12, 1937.*

For the appellant there was a brief by the *Attorney General* and *Joseph G. Hirschberg,* deputy attorney general, attorneys, and *Neil Conway,* inheritance tax counsel, of counsel, and oral argument by *Mr. Hirschberg* and *Mr. Conway.*

For the respondents there was a brief by *Carbys, Kenney & Wolf,* attorneys, and *H. A. Sawyer,* guardian *ad litem,* all of Milwaukee, and oral argument by *John O. Carbys.*

PER CURIAM. The issues in this case are the same as those in *Will of LeFeber, ante,* p. 393, 271 N. W. 95, and the case is ruled by the decision therein. The order of the county court is affirmed.